UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff: CERTIFIED FENCE CORP

-v-

Defendant: COLUMBUS CONSTRUCTION CORP and US FIRE Ins. Co.

Case No.

**Rule 7.1 Statement**

07 CIV. 3995
ROBINSON

FILED U.S. DISTRICT COURT S.D. OF N.Y. W.P. 2007 MAY 22 P 2:51

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Certified Fence Corp_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 5/21/07

Signature of Attorney

Attorney Bar Code: G721

Form Rule7_1.pdf