# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTORNEYS AT LAW

88 Pine Street
24th Floor
New York, New York 10005
(212) 483 9490
FACSIMILE (212) 483 9129

MICHAEL MCDERMOTT
mmcdermott@mdmc-law.com

July 25, 2007

United States District Court
Southern District of New York

    Attn:    Hon. Judge Robinson

    Re:    Certified Fence v. Columbus Construction
           Case # 07 Civ. 3995

Hon. Judge Robinson:

This office represents defendant United States Fire Insurance Company in the above-referenced matter.

As of July 27, 2007, I will no longer be associated with this office. Accordingly, I request that my association with this case on the ECF system be terminated. I have been advised by the ECF Help desk that this step must be done via a Court Order or directive.

I also note that the ECF system lists me as representing Columbus Construction Company. This is a mistake that should also be corrected. I did not and will not represent Columbus Construction in this matter.

Thank you for your assistance herein.

Of course, please feel free to contact the undersigned if the Court has any questions.

                              Respectfully,

                              MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

                              Michael McDermott

cc:    All Parties via ECF